# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **DEANGELO ALFONSO MITCHELL-HAYNES,** ) ) | |
| Plaintiff, ) ) | Civil Action No. 7:20cv00381 |
| v. ) ) | **MEMORANDUM OPINION** |
| **HAROLD CLARKE, et al.,** ) | By: Michael F. Urbanski |
| Defendants. ) ) | Chief United States District Judge |

Plaintiff DeAngelo Alfonso Mitchell-Haynes, a Virginia inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. By conditional filing order entered July 2, 2020, the court assessed a filing fee and directed plaintiff to submit certain financial documentation within twenty days. The court advised plaintiff that failure to return the required paperwork would result in dismissal of this action without prejudice. More than twenty days have elapsed, and Mitchell-Haynes has not responded to the court's order. Accordingly, the court will dismiss Mitchell-Haynes' complaint without prejudice. Mitchell-Haynes is advised that the claims raised in this action may be refiled in a separate action, subject to the applicable statute of limitations.

**ENTER**: This 31st day of July, 2020.

_____
Michael F. Urbanski
Chief United States District Judge